UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAIRO GRULLON, | : | **ORDER TO CONSOLIDATE** |
| Plaintiff, | : | CIVIL ACTION NO. 10-1678 (MLC) |
| v. | : | |
| ADVANCED AUTO EXPERTS OF LAWRENCEVILLE, INC., et al., | : | |
| Defendants. | : | |
| ERIC RODRIGUEZ, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 10-1680 (MLC) |
| v. | : | |
| ADVANCED AUTO EXPERTS OF LAWRENCEVILLE, INC., et al., | : | |
| Defendants. | : | |

**IT APPEARING** that Jairo Grullon brings an action to recover damages against certain defendants ("Advanced Auto Defendants") for violations of the Federal Fair Labor Standards Act and the New Jersey Wage and Hour Law ("First Action"), see No. 10-1678 (MLC), dkt. entry no. 1, Compl.; and it appearing that Eric Rodriguez (1) shares an address with Grullon, (2) is represented by Grullon's counsel, and (3) brings nearly identical claims against the Advanced Auto Defendants, although in the form of a purported class action ("Second Action"), see No. 10-1680 (MLC), dkt. entry no. 1, Compl.; and

**FEDERAL RULE OF CIVIL PROCEDURE** 42(a) authorizing district courts to consolidate actions involving common questions of law or fact; and it appearing that a "district court has broad discretion when determining whether consolidation is appropriate", Bor. of Olyphant v. PPL Corp., 153 Fed.Appx. 80, 82 (3d Cir. 2005); and it appearing further that the parties would not be prejudiced by the consolidation of the First Action and the Second Action, as consolidation is a matter of convenience and economy in administration, and does not merge the actions into a single claim or change the parties' rights, see Bradgate Assocs. v. Fellows, Read & Assocs., 999 F.2d 745, 750 (3d Cir. 1993); and

**THE COURT** thus intending to consolidate the First Action and the Second Action; and it appearing that a consolidation will ensure that the First Action and the Second Action will be overseen by the same Magistrate Judge; and it appearing that if these claims go to trial, then the claims in the First Action and the Second Action can be tried separately if necessary, even though they will be consolidated; and for good cause appearing;

**IT IS THEREFORE** on this       9th       day of April, 2010, **ORDERED** that <u>Grullon v. Advanced Auto Experts of Lawrenceville, Inc.</u>, No. 10-1678 (MLC) and <u>Rodriguez v. Advanced Auto Experts of Lawrenceville, Inc.</u>, No. 10-1680 (MLC) are **CONSOLIDATED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate <u>Rodriguez v. Advanced Auto Experts of Lawrenceville, Inc.</u>, No. 10-1680 (MLC) as **ADMINISTRATIVELY TERMINATED.**


       <u>s/ Mary L. Cooper</u>
       **MARY L. COOPER**
       United States District Judge